UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Douglas E. Arpert |
| v. : | Mag. No. 21-6024 (DEA) |
| JEREMY LO : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Rachael A. Honig, the Acting United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing), for an order sealing the criminal complaint and arrest warrant issued on this date against defendant Jeremy Lo, and for good cause shown,

IT IS on this 15th day of July, 2021,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the criminal complaint, arrest warrant, and this Order be and hereby are SEALED until the arrest warrant is executed or until further order of the Court. IT IS FURTHER ORDERED that, once the arrest warrant is executed that the criminal complaint, arrest warrant, and this Order be and hereby are unsealed.

/s/ Arpert

HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

RECEIVED

JUL 1 5 2021

AT 8:30
WILLIAM T. WALSH
CLERK