## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 21-6024 (DEA) |
| JEREMY LO | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of
Rachael Honig, Acting United States Attorney for the District of New Jersey
(by Eric Suggs, Assistant United States Attorney), and defendant Jeremy Lo (by
Lisa Van Hoeck, Esq., counsel for the defendant), for an order granting a
continuance of the proceedings in the above-captioned matter from the date of
this order through October 25, 2021, and the defendant being aware that he
has the right to have the matter submitted to a grand jury within 30 days of
the date of his arrest pursuant to Title 18 of the United States Code, Section
3161(b), and the defendant through his attorney having consented to the
continuance, and no prior continuances having been granted by the Court;
and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

1. Plea negotiations may soon commence, and both the United
   States and the defendant seek time to achieve a successful

resolution of these negotiations, which would render trial of
this matter unnecessary;

2.    Defendant has consented to the aforementioned continuance;

3.    The grant of a continuance will likely conserve judicial
resources; and

4.    Pursuant to Title 18 of the United States Code,
Section 3161(h)(7), the ends of justice served by granting the
continuance outweigh the best interests of the public and the
defendant in a speedy trial.

**WHEREFORE**, it is on this _29_ th day of July, 2021,

**ORDERED** that the proceedings scheduled in the above-captioned matter
are continued from the date of this Order through and including October 25,
2021;

**IT IS FURTHER ORDERED** that the period from the date of this Order
through and including October 25, 2021, shall be excludable in computing
time under the Speedy Trial Act of 1974.

HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

2

Consented and Agreed By:

Lisa Van Hoeck
Assistant Federal Public Defender
*Counsel for Defendant*

Eric Suggs
Assistant United States Attorney